UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT NILE BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No.  1:19-cv-01706-JDP<br><br>STIPULATION FOR AN EXTENSION OF TIME<br><br>ORDER<br><br>ECF No. 18 |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended thirty (30) days from October 24, 2020, up to and including November 23, 2020.  This is the parties' first stipulation for an extension of the Court's Scheduling Order.  Plaintiff has stipulated to the request and Defendant files this stipulation pursuant to the requirements of the Court's Scheduling Order.

   Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel responsible for briefing the matter has been unable to devote the time required to complete Defendant's response to Plaintiff's Brief because he has been limited in his ability to work over the past two weeks due to a family health emergency.  Specifically, the assigned

1

attorney had been providing support to a close family member that was hospitalized two weeks ago and released to in-home hospice care where he passed away the end of the last week.  Funeral services will be this upcoming Tuesday.

      A thirty-day extension until November 23, 2020 should give sufficient time for the assigned attorney to complete the response to Plaintiff's Opening Brief.  Counsel apologizes to the Court for any inconvenience caused by this delay.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                Respectfully submitted,

DATE: October 15, 2020        By    *s/ Jonathan O. Pena.*
                                                  Jonathan O. Pena, Esq.
                                                  Pena & Bromberg, Attorneys at Law
                                                  Attorney for Plaintiff
                                                  (*as authorized by email)

                                                  MCGREGOR W. SCOTT
                                                  United States Attorney

DATE: October 15, 2020        By    *s/ Daniel P. Talbert*
                                                  DANIEL P. TALBERT
                                                 Special Assistant United States Attorney

                                                 Attorneys for Defendant

OF COUNSEL:

Oscar Gonzalez de Llano
Assistant Regional Counsel
Social Security Administration, Region IX

ORDER

Pursuant to the parties' stipulation, it is hereby ordered that defendant shall have an extension, up to and including November 23, 2020, to respond to plaintiff's opening brief.

IT IS SO ORDERED.

Dated:   October 19, 2020          /s/ Jeremy Peterson
                                                         UNITED STATES MAGISTRATE JUDGE